**MARANO, F. & D.**

v.

**FULTON BANK, N.A.**

**812 MDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CI–15–02499 (Lancaster)

Affirmed

**COM.**

v.

**RIVERA–VAZQUEZ, J.**

**1136 MDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–36–CR–0001286–2016, CP–36–CR–0001287–2016, CP–36–CR–0003442–2015, CP–36–CR–0003451–2015, CP–36–CR–0005007–2015 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**TILDEN, S., Jr.**

**1494 MDA 2016**

Superior Court of Pennsylvania.

04/04/2017

CP–50–CR–0000475–2015 (Perry)

Affirmed.

**COM.**

v.

**CAMPBELL, T.**

**1336 WDA 2015**

Superior Court of Pennsylvania.

04/04/2017

CP–02–CR–0010668–2013 (Allegheny)

Affirmed

**CHASE, J.**

v.

**CREEGAN, D.**

**1681 WDA 2015**

Superior Court of Pennsylvania.

4/4/2017

136 for 2012
(Bedford)
Affirmed